IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTY UZZELL, *individually and as mother and legal guardian of G.U., a minor*,

      Plaintiff,

vs.

ABBOTT LABORATORIES,

      Defendant.

Case No. 14-cv-809-JPG-DGW

## MEMORANDUM AND ORDER

Upon review, it appears that this case is related to *Alexander, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-52-NJR-SCW, and other cases in this district asserting injury from Depakote or other similar products manufactured by defendant Abbott Laboratories, Inc. All of those cases were assigned to District Judge Nancy J. Rosenstengel and Magistrate Judge Stephen C. Williams. Accordingly, to preserve judicial economy, for the convenience of the parties and to avoid inconsistent judgments, the undersigned judge hereby **TRANSFERS** this case to Judge Rosenstengel and Magistrate Judge Williams for all further proceedings. All further documents shall bear Case No. 14-cv-809-NJR-SCW.

    **IT IS SO ORDERED.**

    **DATED:** July 21, 2014

                                                     s/ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **DISTRICT JUDGE**